# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

JAMES KEVIN PITTS,

    Petitioner,

v.

JIM MACDONALD,

    Respondent.

Case No. C08-5386RJB-KLS

ORDER REGARDING STATE COURT RECORD

This matter is before the Court on petitioner's petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2254 (Dkt. #1) and respondent's filing of his answer thereto (Dkt. #14) and notice of filing submission of the state court record (Dkt. #15). Although the state court record contains a significant portion of transcripts of the trial and related proceedings, the Court deems the entire transcripts thereof to be necessary to the full and fair resolution of this matter. Respondent thus hereby is directed to file copies thereof with the Court by **no later than November 7, 2008**.

Accordingly, the Clerk shall re-note this matter for consideration on **November 21, 2008**. The Clerk also shall send a copy of this Order to petitioner and counsel for respondent.

DATED this 8th day of October, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1